# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127104

RICHARD J. DICKSHOTT, MANFRED
KAWAELDE, ANN R. DAWAELDE,
and DOROTHY CARLSON,
      Plaintiffs-Appellants,

v

          SC: 127104
          COA: 241722
          Oakland CC: 00-024814-CK

RON E. ANGELOCCI, d/b/a PROFIT
CENTERS GROUP,
      Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the June 17, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would remand this case to the Oakland Circuit Court for further proceedings.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2005

_____
Clerk

s1026